# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Jaime Robles                                **Docket Number:**   0972 1:14CR00264

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   4/5/2012

**Original Offense:** 8 U.S.C. § 1324(a)(1)(A)(ii) and (v)(II), Transportation of Illegal Aliens and Aiding and Abetting (CLASS C FELONY)

**Original Sentence:** 12 Months and 1 Day Bureau of Prisons; 2 Years Supervised Release; $100 Special Assessment

**Special Conditions:**

Warrantless Search
Not Enter or Reside in Mexico without Permission of the Court or Probation Officer
Report all Vehicles

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   9/5/2014

**Other Court Actions:**

7/24/2014:    Supervised Release revoked for committing a federal, state, or local offense, and failing to report as directed. Sentenced to three months Bureau of Prisons and two years supervised release, with the same previously imposed special conditions. The custodial portion of this sentence was completed on September 5, 2014, and supervision re-commenced.

12/17/2014:   Transfer of Jurisdiction accepted from the Southern District of California.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse.

2. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

**Justification:** On June 25, 2015, the undersigned probation officer made contact with the offender at his residence for the purpose of conducting an unannounced home visit and to collect a urine test. Prior to giving the urine sample, the offender admitted it would be positive for methamphetamine and marijuana. He provided the sample which resulted positive for methamphetamine only. After discussing various options, he expressed a willingness to participate in random drug testing and treatment if needed.

The undersigned read and explained the Prob49, Waiver of Hearing, to the offender. He signed the form agreeing to the above-noted modifications.

Therefore, it is respectfully recommended the Court approve this modification plan, which permits the above-noted violation behavior to be addressed through continued supervision and outpatient treatment.

Should the Court have any questions or need additional information, please do not hesitate to contact this officer.

                                        Respectfully submitted,

                                        /s/ Laura Del Villar
                                        **Laura Del Villar**
                                        **United States Probation Officer**
                                        Telephone: (559) 734-0100

**DATED:**   7/17/2015

                                        Reviewed by,

                                        /s/ Ben J. Blankenship
                                        **Ben J. Blankenship**
                                        **Senior United States Probation Officer**

CC:

Assistant United States Attorney: Unassigned

Defense Counsel: Unassigned

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☒  Other:   Any further indication of drug use is to be handled with a formal petition.

IT IS SO ORDERED.

    Dated:  **July 17, 2015**                    **/s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE