ROBERT LAMANUZZI , SBN 213673
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 441-1979

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:14-CR-00264  LJO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE HEARING |
| JAIME ROBLES, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI attorney for Defendant JAIME ROBLES,  and HENRY CARBAJAL, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for April 11, 2016 at 8:30 a.m., shall be continued until APRIL 25, 2016, at 8:30 a.m.

    This continuance is necessary because parties need additional time to prepare for sentencing. I received the sentencing memorandum yesterday and have to discuss it with my client who is in Lerdo.  I will need time to have Mr. Robles transported and file a sentencing memorandum on his behalf.

    The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18

U.S.C. §3161(h)(7)(B)(iv).  .   The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: April 7, 2016			Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
JAIME ROBLES

Dated:  April 7, 2016

Respectfully submitted,

/s/ Henry Carbajal
HENRY CARBAJAL
Assistant U.S. Attorney

### ORDER

IT IS HEREBY ORDERED THAT the date set for hearing be continued to **APRIL 25, 2016, at 8:30 A.M.**

**IT IS SO ORDERED.**

Dated: April 7, 2016		     /s/ Lawrence J. O'Neill
                             **LAWRENCE J. O'NEILL**
                              UNITED STATES DISTRICT JUDGE